FILED _____ LODGED
RECEIVED ____ COPY

JAN 10 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF ARIZONA

Philip Seldon

       Plaintiff.,

       vs.

Edward Magedson a/k/a Ed Magedson,
Ripoffreport.com, Xcentric Ventures L.L.C.,
John Doe 1-10, Jane Doe 1-10, Cheyenne Crow,
and Irina Borisenko

       Defendants.

COMPLAINT

Index no.

## CV-13-00072-PHX-DGC

1. Philip Seldon is a resident of the City of New York.

2. Philip Seldon is author of eight books.

3. Edward Magedson a/k/a Ed Magedson is a resident of the State of Arizona.

4. Ed Magedson has been informed that Philip Seldon is afflicted with Tourettes Syndrome since childhood along with the ramifications thereof of the conduct of the defendants on this condition.

5. Ripoffreport.com is a website under the control of Edward Magedson and upon information and belief is owned by Xcentric Ventures L.L.C.

6. Xcentric Ventures L.L.C. is a corporation located in the State of Arizona.

7. Upon information and belief Xcentric Ventures and/or Edward Magedson employ six employees.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _____7.1(b)(1)_____
       (Rule Number/Section)

8. Ripoffreport.com, Xcentric Ventures L.L.C., and Ed Magedson operate a website, *www.ripoffreport.com*, that engages in e-commerce that solicits purchases of a book titled *"Ripoff Revenge"* from its visitors and actually sells books on revenge to its visitors from throughout the world including the State of New York and Arizona. A banner ad for the sale of *"Rip-Off Revenge"* with four rotating panels is prominently displayed on various pages of the website. At least one of copy of *"Rip-Off Revenge"* has been sold to a resident of the State of New York and Arizona via the website, *www.ripoffreport.com*. Upon belief, many of these books have been sold via this website to residents of the State of New York and Arizona.

9. Ripoffreport.com, Xcentric Ventures L.L.C., and Ed Magedson operate a website, *www.ripoffreport.com*, that engages in selling victims of reports on ripoffreport.com a program called the Corporate Advocacy Program (CAP) for $7,500 plus a month monitoring fee of $100 a month for a minimum period of three years. According to Ed Magedson he has forty sales-man telephoning  victims of the reports on his website to purchase this CAP program.

## FIRST CAUSE OF ACTION

10. Plaintiff repeats and realleges the allegations set forth in Paragraphs "1" through "7" hereof, as though set forth in full herein.

11. On August 24, 2011 the defendants entered into an agreement with Philip Seldon in which they agreed to provide advertising on the website *www.ripoffreport.com* for various companies with which Philip Seldon was affiliated in exchange for websites (domain names) that Philip Seldon was not using.

12. Defendants have refused to honor said agreement and have breached said agreement.

13. By virtue of the foregoing, Plaintiff has been damaged.

14. As a result of the foregoing, plaintiff Philip Seldon is entitled to damages.

WHEREFORE, Plaintiff demands judgment against the defendants for specific performance of the aforecited agreement and for compensatory damages.

WHEREFORE, Plaintiff demands judgment against the defendants in the amount no less than One Hundred and Fifty Thousand Dollars ($150,000).

## SECOND CAUSE OF ACTION

15. Plaintiff repeats and realleges the allegations set forth in Paragraphs "1" through "7" hereof, as though set forth in full herein.

16. Defendants have created a file named *philip-seldon.aspx* entirely of their own writing which they publish on their website, *www.ripoffreport.com* in which they republish the ripoffreports about the plaintiff. This file is not generally accessible on the *www.ripoffreport* website by its users and does not appear as a result of a search however it does appear on the Internet search engines. It appears that this file has been created with the specific purpose of publishing defamatory matter about the plaintiff on the Internet search engines for purposes of revenge and in addition in order to drive traffic to defendants' website.

17. While the original reports are protected by the *Communications Decency Act*, publishing them in a file created entirely by the defendants may not be so protected. Furthermore, the defendants have created entirely of their own writing defamatory matter in which they accuse the plaintiff of being a scam, a rip-off, ripoff, rip off, scam, scams, fraud. The plaintiffs in the Title section of this file publish the following about the plaintiff:

philip-seldon | Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported

thus falsely accusing the plaintiff of being a scam and a fraud.

18. The plaintiffs in the keywords section of this file publish the following about the plaintiff:

"keywords" content="philip-seldon, philip-seldon directory, rip-off, ripoff, rip off, reports, scam, scams, fraud,

thus falsely accusing the plaintiff of being a ripoff, scam and a fraud.

19. The aforecited defamation is entirely of the defendants own creation and has not been created by a third party. None of the accusations made are true and are defamatory. The defamation created entirely by the defendants is not protected by the *Communications Decency Act* in that it has not been published on their website by a third party but has been created by the defendants and published in a file created entirely by the defendants.

20. The file *philip-seldon.aspx* has been created by the defendants for the specific purpose of being discovered by the robots and spiders of the Internet search engines and concomitantly published on the Internet search engines as a search result listing for rip off report. This has been intended to drive traffic to its website so that it can sell its visitors products including but not limited to the book "*Rip-Off Revenge*" and increase visitor counts for the purpose of increasing advertising revenue. As such, the defendants are making commercial use of the plaintiff to plaintiff's disadvantage and are thus ruining his reputation for commercial gain and enrichment.

21. All of the allegations made by the defendants are false. The defendants have defamed the plaintiff in his profession and have falsely accused him of committing a crime. As such, they have libeled him per se.

22. On September 22, 2011 Ed Magedson sent Philip Seldon an email containing the following threat which he carried out by publishing the document file *philip-seldon.aspx*:

> "Also.. once you serve that suit? .. it will be searchable forever and, even if I removed the comments by doing a ((REDACT))) as explained above... those sexual comments will be on the internet forever and will come up whenever someone searches your name... how do you like them apples!
>
> I have spent millions and now in recent years I get people like you to pay me back ... you will too.
>
> cut your losses ... I could care less what you do."

15. As a result of the foregoing, plaintiff Philip Seldon is entitled to damages.

WHEREFORE, Plaintiff demands judgment against the defendants in the amount no less than One Million Dollars ($1,000,000).

WHEREFORE, Plaintiff demands judgment for punitive damages against the defendants in the amount no less than Ten Million Dollars ($10,000,000).

## THIRD CAUSE OF ACTION

24. Plaintiff repeats and realleges the allegations set forth in Paragraphs "1" through "18" hereof, as though set forth in full herein.

25. Defendants publish a book titled "Rip-Off Revenge" in which they advise republishing *www.ripoffreport.com reports* and collecting dirt about an individual or company subject of a *www.ripoffreport.com* report and publishing said republished material by fax or flyer or other means. They advise doing this to humiliate and embarrass the subject of the republished material and ruin their reputation.

26. Defendants have created a file named philip-seldon.aspx entirely of their own writing which they publish on their website, *www.ripoffreport.com* in which they republish the ripoffreports about the plaintiff. This file is not generally accessible on the *www.ripoffreport.com* website by its users and does not appear as a result of a search however it does appear on the Internet search engines. It appears that this file has been created with the specific purpose of publishing defamatory matter about the plaintiff on the Internet search engines for purposes of revenge and in addition in order to drive traffic to defendants' website.

27. While the original reports are protected by the *Communications Decency Act*, publishing them in a file created entirely by the defendants may not be so protected. Furthermore, the defendants have created entirely of their own writing defamatory matter in which they accuse the plaintiff of being a scam, a rip-off, ripoff, rip off, scam, scams, fraud. The plaintiffs in the Title section of this file publish the following about the plaintiff:

philip-seldon | Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported
thus falsely accusing the plaintiff of being a scam and a fraud.

28. The plaintiffs in the keywords section of this file publish the following about the plaintiff:

"keywords" content="philip-seldon, philip-seldon directory, rip-off, ripoff, rip off, reports, scam, scams, fraud,

thus falsely accusing the plaintiff of being a ripoff, scam and a fraud.

29. The aforecited republication is entirely of the defendants own creation and has not been created by a third party. None of the accusations made are true and are defamatory. The defamation created entirely by the defendants is not protected by the *Communications*

*Decency Act* in that it has not been published on their website by a third party but has been created by the defendants and published in a file created entirely by the defendants.

30. The file *philip-seldon.aspx* has been created by the defendants for the specific purpose of being discovered by the robots and spiders of the Internet search engines and concomitantly published on the Internet search engines as a search result listing for rip off report.

31. All of the allegations made by the defendants are false. The defendants have defamed the plaintiff in his profession and have falsely accused him of committing a crime.

32. The republished reports contained in the document *philip-seldon.aspx* are specifically designed to humiliate and embarrass the plaintiff. They constitute harassment and cyberbullying.

33. During several telephone conversations with Ed Magedson regarding the ripoffreport.com postings about the plaintiff on his website, the plaintiff advised Ed Magedson that he was afflicted with Tourettes Syndrome which made him particularly sensitive to bullying and that in addition that he was traumatized by these postings and was suffering extreme emotional distress from these postings as a consequence of having been severely bullied as young child and teenager.

34. Plaintiff made Ed Magedson and the other defendants the extremely generous offer of exchanging a general release from all legal claims against them in exchange for the defendants deleting the document file *philip-seldon.aspx* from their website, *www.ripoffreport.com*. They rejected the offer preferring to spend enormous sums to defend litigation so that they could continue their cyberbullying and harassment. of the plaintiff. Plaintiff sees this as further

bullying and is suffering further extreme emotional distress from this conduct on the part of the plaintiffs.

35. The republished reports contained in the document *philip-seldon.aspx* are specifically designed to humiliate and embarrass the plaintiff and ruin his reputation. They constitute harassment and cyberbullying.

36. On September 22, 2011 Ed Magedson sent Philip Seldon an email containing the following threat which he carried out by publishing the document file *philip-seldon.aspx*:

> "Also.. once you serve that suit? .. it will be searchable forever and, even if I removed the comments by doing a ((REDACT))) as explained above… those sexual comments will be on the internet forever and will come up whenever someone searches your name… how do you like them apples!
>
> I have spent millions and now in recent years I get people like you to pay me back … you will too.
>
> cut your losses … I could care less what you do."

Plaintiff sees this as rabid bullying and is suffering further extreme emotional distress from this conduct on the part of the plaintiffs. This bullying is continuous and continues to this very day.

37. The conduct cited above is extreme and outrageous conduct that intentionally and/or recklessly caused severe emotional distress to the plaintiff Philip Seldon and which so transcended and exceeded all bounds of decency as to be regarded as atrocious and intolerable in a civilized society.

38. As a result of the foregoing, the plaintiff Philip Seldon has sustained damages in an amount that exceeds one million dollars.

39. As a result of the foregoing, plaintiff Philip Seldon is entitled to damages.

40. As a result of the foregoing, plaintiff Philip Seldon is entitled to punitive damages.

41. WHEREFORE, Plaintiff demands judgment against the defendants in the amount no less than One Million Dollars ($1,000,000).

WHEREFORE, Plaintiff demands judgment for punitive damages against the defendants in the amount no less than Ten Million Dollars ($10,000,000).

## FOURTH CAUSE OF ACTION

42. Plaintiff repeats and realleges the allegations set forth in Paragraphs "1" through "18" hereof, as though set forth in full herein.

43. Defendants publish a book titled *"Rip-Off Revenge"* in which they advise republishing *www.ripoffreport.com* reports and collecting dirt about an individual or company subject of a *www.ripoffreport.com* report and publishing said republished material by fax or flyer or other means. They advise doing this to humiliate the subject of the republished material and ruin their reputation.

44. Defendants have created a file named philip-seldon.aspx entirely of their own writing which they publish on their website, *www.ripoffreport.com* in which they republish the ripoffreports about the plaintiff. This file is not generally accessible on the *www.ripoffreport.com* website by its users and does not appear as a result of a search however it does appear on the Internet search engines. It appears that this file has been created with the specific purpose of publishing defamatory matter about the plaintiff on the Internet search engines for purposes of revenge and in addition in order to drive traffic to defendants' website.

45. While the original reports are protected by the *Communications Decency Act,* publishing them in a file created entirely by the defendants may not be so protected. Furthermore, the defendants have created entirely of their own writing defamatory matter in which they accuse the plaintiff of being a scam, a rip-off, ripoff, rip off, scam, scams, fraud. The plaintiffs in the Title section of this file publish the following about the plaintiff:

philip-seldon | Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported
thus falsely accusing the plaintiff of being a scam and a fraud.

46. The plaintiffs in the keywords section of this file publish the following about the plaintiff:

"keywords" content="philip-seldon, philip-seldon directory, rip-off, ripoff, rip off, reports, scam, scams, fraud,

thus falsely accusing the plaintiff of being a ripoff, scam and a fraud.

47. The aforecited republication is entirely of the defendants own creation and has not been created by a third party. None of the accusations made are true and are defamatory. The defamation created entirely by the defendants is not protected by the *Communications Decency Act* in that it has not been published on their website by a third party but has been created by the defendants and published in a file created entirely by the defendants.

48. The file *philip-seldon.aspx* has been created by the defendants for the specific purpose of being discovered by the robots of the Internet search engines and concomitantly published on the Internet search engines as a search result listing for rip off report.

49. All of the allegations made by the defendants are false. The defendants have defamed the plaintiff in his profession and have falsely accused him of committing a crime.

50. On September 22, 2011 Ed Magedson sent Philip Seldon an email containing the following threat which he carried out by publishing the document file *philip-seldon.aspx*:

> "Also.. once you serve that suit? .. it will be searchable forever and, even if I removed the comments by doing a ((REDACT))) as explained above... those sexual comments will be on the internet forever and will come up whenever someone searches your name... how do you like them apples!
>
> I have spent millions and now in recent years I get people like you to pay me back ... you will too.
>
> cut your losses ... I could care less what you do."

51. The republished reports contained in the document *philip-seldon.aspx* are specifically designed to humiliate and embarrass the plaintiff and ruin his reputation. They constitute harassment and cyberbullying. The transmission of the document *philip-seldon.aspx* constitutes a tort. This has been done with malice.

17. As a result of the foregoing, the plaintiff Philip Seldon has sustained damages in an amount that exceeds one million dollars.

18. As a result of the foregoing, plaintiff Philip Seldon is entitled to damages.

19. As a result of the foregoing, plaintiff Philip Seldon is entitled to punitive damages.

20. Plaintiff seeks an injunction from the court enjoining the defendants from transmitting or publishing the document or file named *philip-seldon.aspx* on the Internet.

56. WHEREFORE, Plaintiff demands judgment against the defendants in the amount no less than One Million Dollars ($1,000,000).

WHEREFORE, Plaintiff demands judgment for punitive damages against the defendants in the amount no less than Ten Million Dollars ($10,000,000).

WHEREFORE, Plaintiff demands an Injunction or Order from the court enjoining the defendants from transmitting or publishing the document or file named *philip-seldon.aspx* on the Internet.

### FIFTH CAUSE OF ACTION

57. On April 25, 2011 Cheyenne Crow and Cheyenne Crow as John Irina Crow and John Doe 1 using the alias "Irina" on RIPOFFREPORT.COM posted a report headlined "Sexual Pervert"

58. The foregoing statement published by defendant of and concerning plaintiff are false and defamatory, being libel *per se.*

59. At the time the defendants composed and published the above defamatory statements, defendants knew that they were false, and they failed to take proper steps to ascertain their accuracy; but, instead, defendants published the same with reckless disregard of whether the same were true or not.

60. In publishing the said defamatory statements, the defendants acted in a grossly irresponsible manner, without due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties.

61. Plaintiff has been held up to contempt and public reproach and has been injured in his reputation and profession, has suffered mental anguish and pain and has been irreparably injured in his profession, all to his damage in the sum of One Million Dollars ($1,000,000.00), or such other amount proven at trial.

62. By reason of the wrongful and malicious intent by defendant in publishing this said defamatory statements, plaintiff should be awarded punitive damages in the sum of Twenty-five Million Dollars ($25,000,000.00), or such other amount as awarded by the Court.

WHEREFORE, plaintiff demands judgment against the defendants in the amount of One Million Dollars ($1,000,000).

WHEREFORE, plaintiff demands punitive damages against the defendants in an amount to be determined by this court within the jurisdictional limits of this court but no less than Twenty-five Million Dollars ($25,000,000).

## SIXTH CAUSE OF ACTION

63. On April 25, 2011 Cheyenne Crow and  Cheyenne Crow as John Irina Crow  and John Doe 1 using the alias "Irina" on RIPOFFREPORT.COM posted a report headlined "Sexual Pervert" which contained the following statement:

> "Philip Seldon took nasty photos of me when he got me drunk as his roomate and then told me he
> deleted the photos. I found out that he didn't delete them and had multiple copies that he kept on
> his business computer and personal computer. He had multiple photos of me printed out in file
> cabinets. I asked him why he didn't delete the photos and he said he forgot but now wishes to
> distribute them to people and sell them back to me. This man has all kinds of perverted photos on
> his computer and is a menace to women. He tells lies and is obsessed with stalking me. I've
> issued a warning to him to stay away from me but he continues to harass my family and friends.
> Nobody took any money from me and all that he says is lies. He tries to control my money and
> family but I tell him to leave me alone. He won't listen and I am afraid of him. I will notify the police
> that he is still bothering me."

64. The foregoing statements published by defendant of and concerning plaintiff are false and defamatory, being libel *per se*.

65. At the time the defendants composed and published the above defamatory state-
ments, defendants knew that they were false, and they failed to take proper steps to ascertain
their accuracy; but, instead, defendants published the same with reckless disregard of whether
the same were true or not.

66. In publishing the said defamatory statements, the defendants acted in a grossly
irresponsible manner, without due consideration for the standards of information gathering and
dissemination ordinarily followed by responsible parties.

67. Plaintiff has been held up to contempt and public reproach and has been injured in
his reputation and profession, has suffered mental anguish and pain and has been irreparably
injured in his profession, all to his damage in the sum of One Million Dollars ($1,000,000.00),
or such other amount proven at trial.

68. By reason of the wrongful and malicious intent by defendant in publishing this said
defamatory statements, plaintiff should be awarded punitive damages in the sum of Twenty-
five Million Dollars ($25,000,000.00), or such other amount as awarded by the Court.

WHEREFORE, plaintiff demands judgment against the defendants in the amount of One
Million Dollars ($1,000,000).

WHEREFORE, plaintiff demands punitive damages against the defendants in an amount
to be determined by this court within the jurisdictional limits of this court but no less than
Twenty-five Million Dollars ($25,000,000)

## SEVENTH CAUSE OF ACTION

69. On April 25, 2011 Cheyenne Crow and  Cheyenne Crow as John Mike Crow and John Doe 1 using the alias "Mike" on RIPOFFREPORT.COM posted a report which contained the following statement:

> "Seldon has many judgements against him and is currently using corporate shell companies to
> avoid a judgement against him already approved by the courts. Check New Jersey and NYC court
> records. If you have information regarding this person, please contact Andrew Spinnel, attorneyl in
> NYC so justice can be served."

70. The foregoing statements published by defendant of and concerning plaintiff are false and defamatory, being libel *per se.*

71. At the time the defendants composed and published the above defamatory state-ments, defendants knew that they were false, and they failed to take proper steps to ascertain their accuracy; but, instead, defendants published the same with reckless disregard of whether the same were true or not.

72. In publishing the said defamatory statements, the defendants acted in a grossly irresponsible manner, without due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties.

73. Plaintiff has been held up to contempt and public reproach and has been injured in his reputation and profession, has suffered mental anguish and pain and has been irreparably injured in his profession, all to his damage in the sum of One Million Dollars ($1,000,000.00), or such other amount proven at trial.

74. By reason of the wrongful and malicious intent by defendant in publishing this said defamatory statements, plaintiff should be awarded punitive damages in the sum of Twenty-five Million Dollars ($25,000,000.00), or such other amount as awarded by the Court.

WHEREFORE, plaintiff demands judgment against the defendants in the amount of One Million Dollars ($1,000,000).

WHEREFORE, plaintiff demands punitive damages against the defendants in an amount to be determined by this court within the jurisdictional limits of this court but no less than Twenty-five Million Dollars ($25,000,000)

## EIGHTH CAUSE OF ACTION

75. On April 25, 2011 Cheyenne Crow and  Cheyenne Crow as John Doctor Crow and John Doe 1 using the alias "Doctor" on RIPOFFREPORT.COM posted a report headlined "Tax Free Money Income" which contained the following statement:

"Philip Seldon hosts wine tasting parties (200-500 people) and takes in cash and never reports it as income to the Federal Government. Philip Seldon gets Federal Express packages and express mail or UPS packages with aproximaely $11,000 per month cash contents at his home and business address (same buliding apartment #2724 and #3414) from a woman named Kathy whose one of his other companies is located in Oklahoma where Kathy hides his money under a corporate veil (hence his name Norman Oklahoma). Monthly wine tastings are held in NYC under another one of his company names and he is avoiding NYC City taxes as well. Go visit one of his wine tastings all of you prosecutors, it's usually held at the Bulgarian National Hall on the Upper East side so a sting operation would be good for your public relations. His old romate Leslie has a paypal account that she launders the money for Philip monthly from events and Kathy so he can avoid creditors and not pay Federal, State, and City taxes.

Philip Seldon has a stock trading account that he trades approximately $400,000 worth of stock registered under the corporate veil of Kathy's company in Oklahoma and he is the only person

trading this stock and asset. He only buys and sells Apple Corporation stock so it won't be hard to catch him on the corporate veil corruption he so readily sets up.

Philip takes naked pictures of his ex-romates (always women) and tries to hold them over their head for favors and promises of future friendship. Philips motive is to usually get women drunk at lavish wine tastings and home /office dinners and then to get women to take of their clothes and and then he takes pictures for his files. Philip Seldon has many nude photos of himself on his computer that he shows to women. They are pornography of an old man with his clothes off exposing his penis. The courts would love to see these photos since he is always in court filing harassment lawsuits against people to obtain money to supplement his income."

76. The foregoing statements published by defendant of and concerning plaintiff are false and defamatory, being libel *per se.*

77. At the time the defendants composed and published the above defamatory statements, defendants knew that they were false, and they failed to take proper steps to ascertain their accuracy; but, instead, defendants published the same with reckless disregard of whether the same were true or not.

78. In publishing the said defamatory statements, the defendants acted in a grossly irresponsible manner, without due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties.

79. Plaintiff has been held up to contempt and public reproach and has been injured in his reputation and profession, has suffered mental anguish and pain and has been irreparably injured in his profession, all to his damage in the sum of One Million Dollars ($1,000,000.00), or such other amount proven at trial.

80. By reason of the wrongful and malicious intent by defendant in publishing this said defamatory statements, plaintiff should be awarded punitive damages in the sum of Twenty-five Million Dollars ($25,000,000.00), or such other amount as awarded by the Court.

WHEREFORE, plaintiff demands judgment against the defendants in the amount of One Million Dollars ($1,000,000).

WHEREFORE, plaintiff demands punitive damages against the defendants in an amount to be determined by this court within the jurisdictional limits of this court but no less than Twenty-five Million Dollars ($25,000,000)

### NINTH CAUSE OF ACTION

81. On April 25, 2011 Cheyenne Crow and  Cheyenne Crow as John Employee Crow and John Doe 1 using the alias "Employee" on RIPOFFREPORT.COM posted a report headlined "Philip Seldon Vindictive Harassment" which contained the following statement:

> "Philip Seldon is harassing this man since his ex-roommate won't go out with him, have sex with him, or take more alcohol induced photos by himself with her clothes off. This man is unstable and women should be cautious around him. He will use your idenity for "Pay Pal" fraud schemes as he's done with many women in the past.
>
> Caution with your SSN, credit casrds, and never sign anything for him since his past roommates have been abused with his fraud schemes. Contact Andrew Spinnell, attorney in NYC if you need assistance reporting his fraud schemes. Mr. Spinnell has won many cases against Seldon and knows of his schemes and tricks utilized for money laundering, tax evasion , and cash businesss operations."

82. The foregoing statements published by defendant of and concerning plaintiff are false and defamatory, being libel *per se*.

83. At the time the defendants composed and published the above defamatory statements, defendants knew that they were false, and they failed to take proper steps to ascertain their accuracy; but, instead, defendants published the same with reckless disregard of whether the same were true or not.

84. In publishing the said defamatory statements, the defendants acted in a grossly irresponsible manner, without due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties.

85. Plaintiff has been held up to contempt and public reproach and has been injured in his reputation and profession, has suffered mental anguish and pain and has been irreparably injured in his profession, all to his damage in the sum of One Million Dollars ($1,000,000.00), or such other amount proven at trial.

86. By reason of the wrongful and malicious intent by defendant in publishing this said defamatory statements, plaintiff should be awarded punitive damages in the sum of Twenty-five Million Dollars ($25,000,000.00), or such other amount as awarded by the Court.

WHEREFORE, plaintiff demands judgment against the defendants in the amount of One Million Dollars ($1,000,000).

WHEREFORE, plaintiff demands punitive damages against the defendants in an amount to be determined by this court within the jurisdictional limits of this court but no less than Twenty-five Million Dollars ($25,000,000)

## TENTH CAUSE OF ACTION

87. On April 25, 2011 Cheyenne Crow and Cheyenne Crow as John Employee Crow using the alias "Employee" on RIPOFFREPORT.COM posted a report headlined "Philip Seldon" which contained the following statement:

> "Philip Seldon is harassing his ex-roomate in vindictive manners. He gets women drunk and takes photos of them and then uses them for personal perverted manners. He has been asked to delete the photos but keeps multiple sets on his computer.
> Philip Seldon has been asked to stay away from his ex-roomate and friends and family but he continues to harass people. Philip is incapable of falling in love due to the evil hate inside of him."

88. The foregoing statements published by defendant of and concerning plaintiff are false and defamatory, being libel *per se.*

89. At the time the defendants composed and published the above defamatory statements, defendants knew that they were false, and they failed to take proper steps to ascertain their accuracy; but, instead, defendants published the same with reckless disregard of whether the same were true or not.

90. In publishing the said defamatory statements, the defendants acted in a grossly irresponsible manner, without due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties.

91. Plaintiff has been held up to contempt and public reproach and has been injured in his reputation and profession, has suffered mental anguish and pain and has been irreparably injured in his profession, all to his damage in the sum of One Million Dollars ($1,000,000.00), or such other amount proven at trial.

92. By reason of the wrongful and malicious intent by defendant in publishing this said defamatory statements, plaintiff should be awarded punitive damages in the sum of Twenty-five Million Dollars ($25,000,000.00), or such other amount as awarded by the Court.

WHEREFORE, plaintiff demands judgment against the defendants in the amount of One Million Dollars ($1,000,000).

WHEREFORE, plaintiff demands punitive damages against the defendants in an amount to be determined by this court within the jurisdictional limits of this court but no less than Twenty-five Million Dollars ($25,000,000)

## ELEVENTH CAUSE OF ACTION

93. Philip Seldon is afflicted with Tourette's Syndrome.

94. As a consequence of said conduct Philip Seldon has been constantly ruminating over said conduct.

95. Said conduct is extreme and outrageous conduct that intentionally and/or recklessly caused severe emotional distress to the plaintiff and which so transcended and exceeded all bounds of decency as to be regarded as atrocious and intolerable in a civilized society.

96. As a result of the foregoing, the plaintiff has sustained great, serious, extreme and permanent personal injury, together with great conscious physical and emotional pain and suffering physical distress.

WHEREFORE, plaintiff demands judgment against the defendants in the amount of One Million Dollars ($1,000,000).

98. The foregoing statement published by defendant of and concerning plaintiff are false and defamatory, being libel *per se.*

99. At the time the defendant composed and published the above defamatory statements, defendant knew that they were false, and she failed to take proper steps to ascertain their accuracy; but, instead, defendant published the same with reckless disregard of whether the same were true or not.

100. In publishing the said defamatory statements, the defendant acted in a grossly irresponsible manner, without due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties.

101. Plaintiff has been held up to contempt and public reproach and has been injured in his reputation and profession, has suffered mental anguish and pain and has been irreparably injured in his profession, all to his damage in the sum of One Million Dollars ($1,000,000.00), or such other amount proven at trial.

102. By reason of the wrongful and malicious intent by defendant in publishing this said defamatory statements, plaintiff should be awarded punitive damages in the sum of Twenty-five Million Dollars ($25,000,000.00), or such other amount as awarded by the Court.

WHEREFORE, plaintiff demands punitive damages against the defendants in an amount to be determined by this court within the jurisdictional limits of this court but no less than Twenty-five Million Dollars ($25,000,000)

## TWELFTH CAUSE OF ACTION

97. On April 25, 2011 Irina Borisenko and Jane Doe 1 on RIPOFFREPORT.COM posted a report headlined "Sexual Pervert"

WHEREFORE, plaintiff demands a court order compelling the defendant to retract the statements made on ripoffreport.com.

WHEREFORE, plaintiff demands judgment against the defendant in the amount of One Million Dollars ($1,000,000).

WHEREFORE, plaintiff demands punitive damages against the defendant in an amount to be determined by this court within the jurisdictional limits of this court but no less than Twenty-five Million Dollars ($25,000,000).

## THIRTEENTH CAUSE OF ACTION

103. On April 25, 2011 Irina Borisenko and Jane Doe 1 on RIPOFFREPORT.COM posted a report headlined "Sexual Pervert" which contained the following statement:

> "Philip Seldon took nasty photos of me when he got me drunk as his roomate and then told me he deleted the photos. I found out that he didn't delete them and had multiple copies that he kept on his business computer and personal computer. He had multiple photos of me printed out in file cabinets. I asked him why he didn't delete the photos and he said he forgot but now wishes to distribute them to people and sell them back to me. This man has all kinds of perverted photos on his computer and is a menace to women. He tells lies and is obsessed with stalking me. I've issued a warning to him to stay away from me but he continues to harass my family and friends. Nobody took any money from me and all that he says is lies. He tries to control my money and family but I tell him to leave me alone. He won't listen and I am afraid of him. I will notify the police that he is still bothering me."

104. The foregoing statements published by defendant of and concerning plaintiff are false and defamatory, being libel *per se.*

105. At the time the defendant composed and published the above defamatory statements, defendant knew that they were false, and she failed to take proper steps to ascertain

their accuracy; but, instead, defendant published the same with reckless disregard of whether the same were true or not.

106. In publishing the said defamatory statements, the defendant acted in a grossly irresponsible manner, without due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties.

107. Plaintiff has been held up to contempt and public reproach and has been injured in his reputation and profession, has suffered mental anguish and pain and has been irreparably injured in his profession, all to his damage in the sum of One Million Dollars ($1,000,000.00), or such other amount proven at trial.

108. By reason of the wrongful and malicious intent by defendant in publishing this said defamatory statements, plaintiff should be awarded punitive damages in the sum of Twenty-five Million Dollars ($25,000,000.00), or such other amount as awarded by the Court.

WHEREFORE, plaintiff demands a court order compelling the defendant to retract the statements made on ripoffreport.com.

WHEREFORE, plaintiff demands judgment against the defendant in the amount of One Million Dollars ($1,000,000).

WHEREFORE, plaintiff demands punitive damages against the defendant in an amount to be determined by this court within the jurisdictional limits of this court but no less than Twenty-five Million Dollars ($25,000,000)

## FOURTEENTH CAUSE OF ACTION

109. On April 25, 2011 Irina Borisenko and Jane Doe 1 on RIPOFFREPORT.COM posted a report which contained the following statement:

> "All true for Philip Seldon make me drunk and make naked photos of me. He forced sex to me. I afrid of he and me aforign women no can do anythang. He wil not leav me to live my life for peace. He try to ruin me hapy days with my life. He try to hurt my lover by make mean news. Why? He is not nice person in life."

110. The foregoing statements published by defendant of and concerning plaintiff are false and defamatory, being libel *per se.*

111. At the time the defendant composed and published the above defamatory statements, defendant knew that they were false, and she failed to take proper steps to ascertain their accuracy; but, instead, defendant published the same with reckless disregard of whether the same were true or not.

112. In publishing the said defamatory statements, the defendant acted in a grossly irresponsible manner, without due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties.

113. Plaintiff has been held up to contempt and public reproach and has been injured in his reputation and profession, has suffered mental anguish and pain and has been irreparably injured in his profession, all to his damage in the sum of One Million Dollars ($1,000,000.00), or such other amount proven at trial.

114. By reason of the wrongful and malicious intent by defendant in publishing this said defamatory statements, plaintiff should be awarded punitive damages in the sum of Twenty-five Million Dollars ($25,000,000.00), or such other amount as awarded by the Court.

WHEREFORE, plaintiff demands a court order compelling the defendant to retract the statements made on ripoffreport.com.

WHEREFORE, plaintiff demands judgment against the defendant in the amount of One Million Dollars ($1,000,000).

WHEREFORE, plaintiff demands punitive damages against the defendant in an amount to be determined by this court within the jurisdictional limits of this court but no less than Twenty-five Million Dollars ($25,000,000)

## FIFTEENTH CAUSE OF ACTION

115. On April 25, 2011 Irina Borisenko and Jane Doe 1 on RIPOFFREPORT.COM posted a report headlined "Harassment from Philip Seldon" which contained the following statement:

"Philip Seldon was my renter to me and he rent me room. I trad him clean serives for the rent and was the dial. He regular came into room no invate and try to see me naked or after shower. He try to get me drunk many time for take photos me. He is pervert to women. He use photos for make money for hold over me. He tell me he delete frem camera and computer. he lie to me and al was on computer when time me to move. He no want me move so make bad news and story he no not real story.

He has many cash business so no pay tax for gevernmont. He try to get me to sign documint to do ilegil thangs for pay pal money business. Leslie do now for him and pay him cash. Money come in mail every month in big cash boxes from him $11,000 and he pay rent for cash. He try to get me to do with cash. I no do since he scare me. I want him to leave alone but he harass my love sine he no have me more in life. He verry bad man and police tel me they watch. I afrid of

Philip Seldon he do thangs to make calls and mail and make riun life.

I tel him to stay away from me and my love. He keps calls and mail to make problem. He very sick and I tell police. I afrid he try to get me drink wine for sex to rape. He rape me past for me a forign women so no can report hem. He make me drink much may pils in drink wine for women he do. He take pictires of me naked. He no leave me or my life out his. I scare Philip Seldon. He try hurt me and say my money his money. He no stay away so me afrid. I no more rape from him or see me naked."

116. The foregoing statements published by defendant of and concerning plaintiff are false and defamatory, being libel *per se.*

117. At the time the defendant composed and published the above defamatory statements, defendant knew that they were false, and she failed to take proper steps to ascertain their accuracy; but, instead, defendant published the same with reckless disregard of whether the same were true or not.

118. In publishing the said defamatory statements, the defendant acted in a grossly irresponsible manner, without due consideration for the standards of information gathering and dissemination ordinarily followed by responsible parties.

119. Plaintiff has been held up to contempt and public reproach and has been injured in his reputation and profession, has suffered mental anguish and pain and has been irreparably injured in his profession, all to his damage in the sum of One Million Dollars ($1,000,000.00), or such other amount proven at trial.

120. By reason of the wrongful and malicious intent by defendant in publishing this said defamatory statements, plaintiff should be awarded punitive damages in the sum of Twenty-five Million Dollars ($25,000,000.00), or such other amount as awarded by the Court.

WHEREFORE, plaintiff demands a court order compelling the defendant to retract the statements made on ripoffreport.com.

WHEREFORE, plaintiff demands judgment against the defendant in the amount of One Million Dollars ($1,000,000).

WHEREFORE, plaintiff demands punitive damages against the defendant in an amount to be determined by this court within the jurisdictional limits of this court but no less than Twenty-five Million Dollars ($25,000,000)

## SIXTEENTH CAUSE OF ACTION

121. Philip Seldon is afflicted with Tourette's Syndrome.

122. As a consequence of said conduct of Irina Borisenko and Jane Doe 1 cited in the foregoing paragraphs Philip Seldon has been constantly ruminating over said conduct.

123. Said conduct is extreme and outrageous conduct that intentionally and/or recklessly caused severe emotional distress to the plaintiff and which so transcended and exceeded all bounds of decency as to be regarded as atrocious and intolerable in a civilized society.

124. As a result of the foregoing, the plaintiff has sustained great, serious, extreme and permanent personal injury, together with great conscious physical and emotional pain and suffering physical distress.

WHEREFORE, plaintiff demands judgment against the defendant in the amount of One Million Dollars ($1,000,000).

WHEREFORE, plaintiff demands punitive damages against the defendant in an amount to be determined by this court within the jurisdictional limits of this court but no less than Twenty-five Million Dollars ($25,000,000)

## SEVENTEENTH CAUSE OF ACTION

125. Plaintiff demands that the defendants Edward Magedson a/k/a Ed Magedson, Ripoffreport.com and Xcentric Ventures L.L.C provide the plaintiff with the identities and the street addresses, IP addresses and telephone numbers of John Doe 1-10 and Jane Doe 1-10 using the following aliases for the ripoffreport.com reports with the following numbers including all replies or rebuttals to said postings: Irina: report # 721959 and report # 721632; Doctor: report # 721645; Mike: # 721762; Andrew: #938236 (rebuttal posting)

WHEREFORE, plaintiff demands an Order directing Edward Magedson a/k/a Ed Magedson, Ripoffreport.com and Xcentric Ventures L.L.C to provide the plaintiff with the aforecited information.

Philip Seldon, Plaintiff
500 East 77th Street
New York, NY 10162
212-452-9103