WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Seldon,<br><br>              Plaintiff,<br><br>v.<br><br>Edward Magedson a/k/a Ed Magedson; et al.,<br><br>              Defendants. | No. CV-13-0072 PHX DGC<br><br>**ORDER** |

On January 1, 2013, Plaintiff filed a complaint with this Court. Doc. 1. On February 4, 2013, Plaintiff served a complaint on Defendant Xcentric Ventures. Doc. 5. Defendant thereupon filed a motion to quash service of process. Doc. 6. In its motion, Defendant argued that the served complaint was different from the filed complaint. *Id.* Specifically, the served complaint included a request for a jury trial, while the filed complaint did not, and the paragraph numbering for the complaints was different. Doc. 9 at 1. Since then, Plaintiff filed an amended complaint (Doc. 11) and Defendant now confirms that Plaintiff appropriately served the amended complaint. *See* Doc. 9 at 2. Because Defendant has been appropriately served with the amended complaint, its motion to quash service of the original complaint (Doc. 6) is **denied** as moot.

Dated this 29th day of March, 2013.

David G. Campbell
United States District Judge