IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CV-13-000072-PHX-DGC

Philip Seldon

Plaintiff.,

vs.

Edward Magedson *aka* Ed Magedson,

Ripoffreport.com and Xcentric Ventures L.L.C.;

John Doe 1-10, Cheyenne Crow; and Irina Borisenko,

Defendants.

Cas. No. CV1~72-PHX DGC

PLAINTIFF'S MOTION FOR
RULE 11 SANCTIONS
AGAINST IRINA BORISENKO



FILED ____ LODGED
RECEIVED ____ COPY

MAY - 1 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Now comes the Plaintiff, Philip Seldon, in the above captioned matter, and hereby seeking sanctions against Irina Borisenko pursuant to Rule 11 on the grounds that she willfully violated Rule 11 (b)(3).

March 31, 2014

To:

Irina Borisenko
Cheyenne Crow
P.O. Box 8401
Alexandria, VA 22306

Maria Crimi Septh,
Jaburg and Wilk, P.C.
32 N. Central Avenue, 20th Floor
Phoenix, AZ. 85012

David Gringras
4802 E. Ray Rd. # 23-271
Phoenix, AZ 85044

Philip Seldon
500 E. 77th Street
New York, NY 10162
212-452-9103